**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00132-CV

**D. BRENT LEMON, Appellant**

**V.**

**DANIEL HAGOOD, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03989-E**

## ORDER

Before the Court are the February 28, 2013 and April 5, 2013 motions of Vikki Ogden, Official Court Reporter for the County Court at Law No. 5 of Dallas County, Texas, for an extension of time to file the reporter's record. We **GRANT** the motions. The reporter's record shall be filed on or before April 29, 2013.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE